**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 01-30154-GPM |
| DARRELL JONES, | ) ) ) |
| Defendant. | ) |

# ORDER

**MURPHY, District Judge:**

This matter is before the Court on various motions relating to a reduction of Defendant Darrell Jones's sentence pursuant to 18 U.S.C. § 3582(c). There is no dispute that Defendant's sentence should be reduced under the crack cocaine amendments to the United States Sentencing Guidelines. However, Defendant, acting *pro se*, seeks a reduction beyond the two levels sought in the motion filed by appointed counsel with the concurrence of counsel for the United States. The Seventh Circuit Court of Appeals recently held that "district courts, in reducing a defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2), do not have authority to reduce the defendant's sentence beyond the retroactive Guidelines amendment range." *United States v. Cunningham*, Nos. 08-2901 & 08-2931, 2009 WL 249886 (7th Cir. Feb. 4, 2009). Accordingly, Defendant's motion to consider pro se filings (Doc. 76) is **GRANTED**; Defendant's motion to compel counsel "to abide by wishes" (Doc. 73) is **DENIED**; Defendant's *pro se* motion for sentence reduction (Doc. 68) is **GRANTED in part and DENIED in part**; and Defendant's motion for sentence reduction filed by

appointed counsel (Doc. 77) is **GRANTED** by separate Order.

**IT IS SO ORDERED.**

DATED: 03/02/09

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge